IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, et al., Plaintiffs v. | ) | Judge Robert Hodges 06-907 L |
| Dirk Kempthorne, Department of the Interior, et al. Defendant. | ) | |

ENTRY OF APPEARANCE

Please enter the appearance of Daniel G. Steele as attorney of record for Defendant in the above captioned matter. Any correspondence with Mr. Steele by U.S. Mail should be addressed as follows:

Daniel G. Steele
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C., 20044-0663

Express deliveries (Federal Express, courier, etc.) should be addressed to:

Daniel G. Steele
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Patrick Henry Building – Room 3122
601 D Street, N.W.
Washington D.C. 20004

Facsimiles may be transmitted to Mr. Steele at 202-305-0506

Dated this 21st day of February, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/
Daniel G. Steele
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C., 20044-0663
Tel: (202) 305 - 0484
Facsimile: (202) 305-0267

OF COUNSEL:
Jane Smith
Attorney-Advisor
Bureau of Indian Affairs
United States Department of the Interior
1849 C Street
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21 day of February, 2007 the foregoing Notice of Appearance was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Percy Squire, Esquire
Attorney for Plaintiffs
Percy Squire Co., L.L.D.
514 S. High Street
Columbus, OH 43215

/s/
Daniel G. Steele, Attorney