IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, et al., Plaintiffs v. | ) | Judge Robert Hodges 06-907 L |
| Dirk Kempthorne, Department of the Interior, et al. Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant herein moves for its first unopposed enlargement of time to answer or otherwise respond to Plaintiffs' Complaint filed on December 28, 2006. Pursuant to the United States Court of Federal Claims Rule ("CFCR") 12(a)(1), the United States has until February 26, 2007 to respond. Defendant herein seeks its first enlargement of time of thirty-two (32) additional days, or until March 30, 2007.

In support of the requested relief, defendants state as follows:

(1) The undersigned counsel has contacted the Department of the Interior concerning the Plaintiffs' claims and an Interior attorney has been assigned who is now working on the case background which includes Treaties and an Agreement dating back to 1865;

(2) The undersigned counsel has had competing obligations since the filing of Plaintiffs' Complaint in the Federal District Court of the District of Kansas (in Kickapoo Tribe v. Bruce I. Knight, et al., Civil Action 06-2248-CM) where the Government's reply brief is due for filing on February 28, 2007 and in the Federal District Court of the District of Columbia (in Kavairlook v. Department of the Interior, et al., Civil Action 1:06-0145-RWR) where the Government's reply brief was filed January 23, 2007; and

(3) Pursuant to CFCR 6.1, the undersigned counsel has discussed the requested relief with Plaintiffs' Attorney of Record, Percy Squire, Esquire, on February 22, 2007. Mr. Squire stated that Plaintiffs would not oppose the enlargement of time herein requested.

Dated this 22nd day of February, 2007.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/
Daniel G. Steele
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C., 20044-0663
Tel: (202) 305 - 0484
Facsimile: (202) 305-0267

OF COUNSEL:
Jane Smith, Esquire
Attorney-Advisor
Bureau of Indian Affairs
United States Department of the Interior
1849 C Street
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23 day of February, 2007 the foregoing Defendants' Unopposed Motion for Enlargement of Time was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Percy Squire, Esquire
Attorney for Plaintiffs
Percy Squire Co., L.L.D.
514 S. High Street
Columbus, OH 43215

/s/
Daniel G. Steele, Attorney