# In the United States Court of Federal Claims

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., *

Plaintiffs, * No. 06-907L

v. * Filed: March 1, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement to March 30 within which to file an Answer is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge