IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, et al., | ) | |
| Plaintiffs | ) | Judge Robert Hodges |
| v. | ) | 06-907 L |
| Dirk Kempthorne, Department of the Interior, et al. | ) | |
| Defendants. | ) | |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant United States herein move for its second unopposed enlargement of time to answer or otherwise respond to Plaintiffs' Complaint filed on December 28, 2006. Pursuant to the United States Court of Federal Claims Rule ("CFCR") 12(a)(1), the United States was to respond on February 26, 2007, however, the Court granted an enlargement until March 30, 2007. Defendant herein seeks a second enlargement of time of three additional days, or until April 4, 2007.

In support of the requested relief, defendant states as follows:

(1) The undersigned counsel's office was vacated and closed most of the day on March 19, 2007 on account of an electrical fire in the building effectively resulting in lost attorney and paralegal time on this case;

(2) The claims raised in the case have required more extensive legal research requirements of related cases and relevant treatises and laws, centering on the period from 1866 (the date of the treaties cited in the Complaint) to about 1902, than was initially anticipated; and

(3) Pursuant to CFCR 6.1, the undersigned counsel has discussed the requested relief with Plaintiffs' Attorney of Record, Percy Squire, Esquire, on March 21 and 27, 2007. Mr.

Squire stated that Plaintiffs would not oppose the enlargement of time herein requested.

Dated this 27[st] day of March, 2007.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/
Daniel G. Steele
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C., 20044-0663
Tel: (202) 305 - 0484
Facsimile: (202) 305-0267

OF COUNSEL:
Jane Smith, Esquire
Attorney-Advisor
Bureau of Indian Affairs
United States Department of the Interior
1849 C Street
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27st day of March, 2007 the foregoing Defendants' Second Unopposed Motion for Enlargement of Time was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Percy Squire, Esquire
Attorney for Plaintiffs
Percy Squire Co., L.L.D.
514 S. High Street
Columbus, OH 43215

/s/
Daniel G. Steele, Attorney