# In the United States Court of Federal Claims

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., *

Plaintiffs, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 06-907L

Filed: March 28, 2007

**ORDER**

Defendant's unopposed motion for enlargement to April 4 within which to file an Answer is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge