IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, et al., Plaintiffs | ) | Judge Robert Hodges |
| v. | ) | 06-907 L |
| Dirk Kempthorne, Department of the Interior, et al. Defendants. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS OUT OF TIME**

Defendant hereby respectfully moves for leave to file its Motion to Dismiss in lieu of an answer on April 5, 2007, one day out of time. Pursuant to the Court's Order of March 28, 2007, defendant was to file a response to the plaintiffs' Complaint on April 4, 2007. In support of the requested relief, defendant states as follows:

The undersigned counsel was preparing a "pdf" of its Memorandum in Support of its Motion to Dismiss at 10:15 p.m. on April 4th, anticipating compliance with the Court's Order by an electronic filing shortly thereafter, when the office computer system shut down. The system did not come back to operational status until 9:00 a.m. on April 5th. The Department's ENRD IT staff diagnosed the cause of the shut down to be high temperatures caused by a failure of the air conditioning system in the building's computer room causing Email, file, and print servers to stop functioning.

The undersigned counsel left a voice mail with Percy Squire, Esquire, plaintiffs' attorney of record, at 10:45 p.m. on April 4th explaining defendant's inability to timely file a response to plaintiffs' Complaint, stating that defendant would file this motion.

For these reasons, defendant seeks the Court's consent to file its motion to dismiss and supporting memorandum one day out of time.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/
Daniel G. Steele
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C., 20044-0663
Tel: (202) 305 - 0484
Facsimile: (202) 305-0267

Of Counsel:
Jane Smith, Esquire
Attorney-Advisor
Bureau of Indian Affairs
United States Department of the Interior
1849 C Street
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5st day of April, 2007 the foregoing Defendants' Motion for Leave to File Motion to Dismiss out of Time was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Percy Squire, Esquire
Attorney for Plaintiffs
Percy Squire Co., L.L.D.
514 S. High Street
Columbus, OH 43215

/s/
Daniel G. Steele, Attorney