IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Harvest Institute Freedman Federation, et al.,

Plaintiffs

v.

Dirk Kempthorne,
Department of the Interior, et al.

Defendants.

Judge Robert Hodges
06-907 L

**MOTION TO DISMISS**

Pursuant to RCFC 12(b)(1) and 12(b)(6) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant, United States of America, hereby moves to dismiss the Plaintiffs' Complaint for lack of jurisdiction.

Plaintiffs' claims are time-barred by the applicable six-year statute of limitations, 28 U.S.C. § 2501, because they accrued many more than six years prior to the filing of the Complaint on December 28, 2006. Further, Plaintiffs cannot assert any basis to sustain their allegations that the United States breached trust responsibilities. Further, Plaintiffs fail to state claims with regard to the1866 treaties with the Seminole and Creek Tribes or agreement with the Cherokee, or with regard to the 1866 Treaty with the Chickasaw and Choctaw Tribes. Further, subsequent agreements with each of these tribes superseded pertinent terms of the treaties and agreement upon which plaintiffs rely. Any claims based on the 1866 treaty pertaining to the Chickasaw Indians are barred by the doctrines of res judicata and collateral estoppel. Finally, plaintiffs' prayers for injunctive, declaratory and mandamus relief are outside of the court's jurisdiction.

Accordingly, Plaintiffs' Complaint must be dismissed in its entirety for lack of jurisdiction. This motion for dismissal is accompanied by a defendant's memorandum in support of the foregoing requested relief.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/

Daniel G. Steele
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C., 20044-0663
Tel: (202) 305-0484
Facsimile: (202) 305-0267

OF COUNSEL:
Jane Smith, Esquire
Attorney-Advisor
Bureau of Indian Affairs
United States Department of the Interior
1849 C Street
Washington, D.C. 20240