# In the United States Court of Federal Claims

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., *

*

Plaintiffs, No. 06-907L

*

v. Filed: April 16, 2007

*

UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

Defendant's Motion for Leave to File Motion to Dismiss out of Time is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge