# IN THE FEDERAL COURT OF CLAIMS

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, *et al.* | : | |
| Plaintiffs, | : | Judge Robert Hodges |
| vs. | : | Case No.06-907 |
| Dirk Kempthorne, Department of the Interior, *et al* | : | |
| Defendants. | : | |

## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, The Harvest Institute Freeedman's Foundation, The Black Indians United Legal Defense and Educational Fund, and Chief William Warrior respectfully request an additional thirty days to respond to the Motion to Dismiss filed by the United States. In support of this motion. Plaintiffs state as follows:

1. Under the Rules of United States Court of Federal Claims, Plaintiffs have until May 7, 2007, to respond to the United States' Motion to Dismiss.
2. A response to the Motion to Dismiss requires the undersigned to engage in very significant legal and historical research, given the nature of the treaties and claims raised in the Motion to Dismiss.
3. Counsel for the United States, Daniel G. Steele, has consented to the requested extension.
4. It is requested that Plaintiffs be given until June 7, 2007, to respond to the Motion to Dismiss.

Respectfully submitted,

*s/Percy Squire*____________
Percy Squire, Esq. (0022010)
Percy Squire Co., LLC
514 S. High Street
Columbus, OH 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Postal Service this 4th day of May 2007, upon the following:

Jane Smith, Esq.
Attorney-Advisor
Bureau of Indian Affairs.
United States Department of the Interior
1849 C. Street
Washington, D.C. 20240

Daniel G. Steele
Attorney of Record for Defendant
Matthew J. McKeown
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 663
Washington, D.C. 20044-0663

*s/Percy Squire*__________________
Percy Squire, Esq. (0022010)