IN THE FEDERAL COURT OF CLAIMS

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, *et al.* | : | |
| Plaintiffs, | : | Judge Robert Hodges |
| vs. | : | Case No.06-907 |
| Dirk Kempthorne, Department of the Interior, *et al* | : | |
| Defendants. | : | |

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs, The Harvest Institute Freeedman's Foundation, The Black Indians United Legal Defense and Educational Fund, and Chief William Warrior respectfully request an additional thirty days to respond to the Motion to Dismiss filed by the United States. In support of this motion. Plaintiffs state as follows:

1. Under a previously granted extension Plaintiffs have until June 7, 2007, to respond to the United States' Motion to Dismiss.
2. The undersigned has engaged in diligent efforts to finalize a memorandum in opposition, however, the workload associated with activity in certain actions pending in Ohio and the projected workload of the undersigned have combined to require additional time in order to complete all legal and historical research necessary to traverse the motion of the United States.
3. Counsel for the United States, Daniel G. Steele, has consented to the requested extension.
4. It is requested that Plaintiffs be given until July 7, 2007, to respond to the Motion to Dismiss.

Respectfully submitted,

*s/Percy Squire*____________
Percy Squire, Esq. (0022010)
Percy Squire Co., LLC
514 S. High Street
Columbus, OH 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Postal Service this 5th day of June 2007, upon the following:

Jane Smith, Esq.
Attorney-Advisor
Bureau of Indian Affairs.
United States Department of the Interior
1849 C. Street
Washington, D.C. 20240

Daniel G. Steele
Attorney of Record for Defendant
Matthew J. McKeown
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 663
Washington, D.C. 20044-0663

*s/Percy Squire*__________________
Percy Squire, Esq. (0022010)