# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., | * | |
| | * | |
| Plaintiffs, | | No. 06-907L |
| | * | |
| v. | | Filed: June 6, 2007 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |

* * * * * * *

**ORDER**

Plaintiff's second unopposed motion for enlargement to July 7 within which to respond to motion to dismiss is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge