IN THE FEDERAL COURT OF CLAIMS

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, *et al.* | : | |
| Plaintiffs, | : | Judge Robert Hodges |
| vs. | : | Case No.06-907 |
| Dirk Kempthorne, Department of the Interior, *et al* | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs, The Harvest Institute Freeedman's Foundation, The Black Indians United Legal Defense and Educational Fund, and Chief William Warrior respectfully request an additional fourteen days to respond to the Motion to Dismiss filed by the United States. In support of this motion Plaintiffs state as follows:

1. Under a previously granted extension Plaintiffs have until July 9, 2007, to respond to the United States' Motion to Dismiss.
2. On July 2, 2007, the undersigned was ordered by the Honorable David D. Dowd, Jr., United States District Court, N.D. Ohio, to file by July 9, 2007 a response to an extensive legal memorandum filed by the United States in N. D. Ohio Case No. 1:07 CR 339 *United States of America v. Mark D. Lay*, a $200 Million dollar securities action recently instituted in the N.D. Ohio. The requirement to file was unforeseen by the undersigned and the result of a motion filed by the United States on June 29, 2007. The recent order to file a response by July 9, 2007, has interfered with my completion of research in connection with the motion to

dismiss in this action. Accordingly, it is requested that an additional fourteen days be extended to respond to the motion to dismiss.

3. Due to the urgent and recent nature of this requirement, the undersigned has not been able to reach counsel for the United States to seek consent.

4. It is requested that Plaintiffs be given until July 21, 2007, to respond to the Motion to Dismiss.

Respectfully submitted,

*s/Percy Squire*____________
Percy Squire, Esq. (0022010)
Percy Squire Co., LLC
514 S. High Street
Columbus, OH 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Postal Service this 5th day of July 2007, upon the following:

Jane Smith, Esq.
Attorney-Advisor
Bureau of Indian Affairs.
United States Department of the Interior
1849 C. Street
Washington, D.C. 20240

Daniel G. Steele
Attorney of Record for Defendant
Matthew J. McKeown
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 663
Washington, D.C. 20044-0663

*s/Percy Squire*
Percy Squire, Esq. (0022010)