# In the United States Court of Federal Claims

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., *

*

Plaintiffs, No. 06-907L

*

v. Filed: July 6, 2007

*

UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

Plaintiff's motion for enlargement within which to respond to motion to dismiss is GRANTED. Plaintiff's response is due on or before July 23.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge