# In the United States Court of Federal Claims

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., *

Plaintiffs, * No. 06-907L

v. * Filed: August 24, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant filed a motion for enlargement to permit its reply in this case no later than August 30. Then, the briefing will be complete. The court has a number of trials and dispositive motions pending during September and October, so it is important that counsel be prepared to proceed efficiently according to their schedules. It appears that this case would benefit from oral argument, so we ask that counsel agree no later than August 30 when they will be prepared to argue this case. If counsel anticipate further delays they should notify the court immediately.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge