# In the United States Court of Federal Claims

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., *

Plaintiffs, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 06-907L

Filed: September 4, 2007

**ORDER**

The parties have met with the court and agreed on September 28 at 10:00 a.m. for oral argument. Proceedings will be held in the National Courts Building, Washington, DC.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge