# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * | |
| HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., * | |
| Plaintiffs, * | No. 06-907L |
| v. * | Filed: September 26, 2007 |
| UNITED STATES OF AMERICA, * | |
| Defendant. * | |
| * * * * * * * | |

**ORDER**

The parties have met with the court and agreed to change the date of oral argument from September 28 at 10:00 a.m. to October 26 at 10:00 a.m.. Proceedings will be held in the National Courts Building, Washington, DC.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge