# In the United States Court of Federal Claims

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., *

Plaintiffs, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 06-907L

Filed: September 26, 2007

**ORDER**

This informational Order will inform the parties that at the request of this court and with the agreement of the parties the date of oral argument is hereby changed from September 28 at 10:00 a.m. to October 26 at 10:00 a.m.. Proceedings will be held in the National Courts Building, Washington, DC.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge