IN THE FEDERAL COURT OF CLAIMS

Harvest Institute Freedman Federation, *et al.*

Plaintiffs,

vs.

Dirk Kempthorne,
Department of the Interior, *et al*

Defendants.

Judge Robert Hodges

Case No.06-907L

**MOTION OF PLAINTIFFS TO RESCHEDULE OCTOBER 26, 2007 ORAL ARGUMENT**

Plaintiffs in this action respectfully move to reschedule the oral argument presently set for October 26, 2007. A new date is requested for the reason the undersigned is counsel in a major securities fraud case in which trial began on October 12, 2007. It was expected that this trial would be completed by October 26, 2007, however it does not now appear that it will end until the week of October 29, 2007. See, Exhibit A, *United States v. Mark D. Lay*, Case No. 1:07 CR, N.D. Ohio, Judge Dowd.

Oral argument in this action was originally scheduled for September 28, 2007, but changed at the Court's direction until October 26, 2007. It was expected by the undersigned that the trial in Case 1:07 CR 339 would be completed by October 29, 2007, however proceedings in that action have required more time than anticipated. Alternative dates that are available for the undersigned are: November 5, 6, 9, 12, 13, 14, 15, 16, 2007 or the weeks of November 19 or 26, 2007.

It is respectfully requested that a new date be selected during the month of November, 2007 as this matter has now been pending for nearly a year.

Respectfully submitted,

*s/Percy Squire, Esq.*
Percy Squire, Esq. (0022010)
Percy Squire Co., LLC
514 S. High Street
Columbus, OH 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via electronic mail filing or U.S. Postal Service this 22nd day of October, 2007, upon the following:

Jane Smith, Esq.
Attorney-Advisor
Bureau of Indian Affairs.
United States Department of the Interior
1849 C. Street
Washington, D.C. 20240

Daniel G. Steele
Attorney of Record for Defendant
Matthew J. McKeown
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 663
Washington, D.C. 20044-0663

*s/Percy Squire*
Percy Squire, Esq. (0022010)