UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Untied States of America | ) | |
| | ) | CASE NO. 1:07CR339 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| Mark Lay | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The Court met with counsel and the defendant on August 2, 2007. The Court has a motion to dismiss under consideration. Counsel for the defendant indicated that they had considerable materials to review. Against that background, the Court continued the trial from September 4, 2007, to October 12, 2007, when it will impanel the jury for the trial of the case to begin on Monday, October 15, 2007.

Counsel indicated agreement with the schedule as did the defendant.

While the defendant did not expressly waive his right to a statutory speedy trial, the Court will proceed on the basis that the defendant has no objection to the dely in the commencement of trial from September 4, 2007, to October 12, 2007. If the defendant does have an objection to the delay, the defendant should so indicate to the Court by Monday, August 13, 2007.

(1:07CR339)

This order is hereby entered pursuant to 18 U.S.C. 3161(h)(8)(A), (B) and (C), in that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial, which requires the change in the trial date.

IT IS SO ORDERED.

August 3, 2007
Date

*/s/ David D. Dowd, Jr.*
David D. Dowd, Jr.
U.S. District Judge