# In the United States Court of Federal Claims

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, ET AL., *

Plaintiffs, * No. 06-907L

v. * Filed: October 23, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiffs' motion to reschedule the date of oral argument from October 26 at 10:00 a.m. to November 6 at 10:00 a.m. is GRANTED. Defendant does not object to plaintiffs' motion. Proceedings will be held in the National Courts Building, Washington, DC.

It is so ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge