IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, et al., | ) | |
| Plaintiffs | ) | Judge Robert Hodges |
| v. | ) | 06-907 L |
| Dirk Kempthorne, Department of the Interior, et al. | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' SURREPLY OPPOSING DEFENDANT'S MOTION TO DISMISS**

On November 2, 2007 at 4:05 p.m., EST, one business day before oral argument convenes pursuant to Defendant's pending motion to dismiss, the Plaintiffs filed a "Supplemental Memorandum" ("surreply") opposing Defendant's requested relief. Its filing comes more than two months after Defendant filed its reply to Plaintiffs' response in the briefing schedule.

The surrely reiterates Plaintiffs' opposition to dismissal of their claims without stating any grounds that might possibly justify its filing at this late date. Moreover, the surreply presents arguments and discusses cases that could have been incorporated in Plaintiffs' three page Memorandum in Opposition to Motion to Dismiss filed on July 23, 2007. Most disturbing, is the fact that Plaintiffs filed the surreply without seeking leave of this Court, nor did they contact Defendant's counsel to advise of their intention to do so. For these reason alone, Plaintiffs' surreply should be stricken from the record in this case. Accordingly, Defendant moves the Court to strike the filing of Plaintiffs' surreply in advance of Tuesday's oral argument in this case.

On November 5, 2007, the undersigned counsel advised Plaintiffs' attorney of record,

Percy Squire, of Defendant's intention to file the instant motion and the reasons for this filing.

Dated this 5th day of November, 2007.

Respectfully submitted,

Of Counsel:
Jane Smith, Esquire
Attorney-Advisor
Bureau of Indian Affairs
United States Department of the Interior
1849 C Street
Washington, D.C. 20240

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/*Daniel G. Steele*
Daniel G. Steele
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C., 20044-0663
Tel: (202) 305 - 0484
Facsimile: (202) 305-0267

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5TH day of November, 2007 the foregoing Defendant's Motion to Strike Plaintiffs' Surreply Opposing Defendant's Motion to Dismiss was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Percy Squire, Esquire
Attorney for Plaintiffs
Percy Squire Co., L.L.D.
514 S. High Street
Columbus, OH 43215

/s/*Daniel G. Steele*
Daniel G. Steele, Attorney