# In the United States Court of Federal Claims

No. 06-907 L
(Filed: November 15, 2007)

```
*   *   *   *   *   *   *
                                          *
HARVEST INSTITUTE
FREEDMAN FEDERATION,                      *
BLACK INDIANS UNITED
LEGAL DEFENSE FUND, and                   *
WILLIAM WARRIOR,
              Plaintiffs,                 *
        v.
                                          *
UNITED STATES OF AMERICA
                                          *
              Defendants.
                                          *

*   *   *   *   *   *   *
```

## ORDER

      Plaintiffs filed a motion for leave to file a Second Amended Complaint on November 9. According to RCFC 15 (a), "[a] party may amend the party's pleading once as a matter of course... [o]therwise a party may amend the party's pleading only by leave of the court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Prior to receiving plaintiff's motion, this court held a hearing on defendant's motion to dismiss. Plaintiff has addressed the issues it seeks to enter through an Amended Complaint. Plaintiffs motion is DENIED.

      SO ORDERED.

s/Robert H. Hodges, Jr.<br>
Robert H. Hodges, Jr.<br>
Judge