# In the United States Court of Federal Claims

No. 06-907 L
(Filed: November 15, 2007)

* * * * * * *

HARVEST INSTITUTE FREEDMAN FEDERATION, BLACK INDIANS UNITED LEGAL DEFENSE FUND, and WILLIAM WARRIOR,
Plaintiffs,

v.

UNITED STATES OF AMERICA
Defendants.

* * * * * * *

**ORDER**

Plaintiffs filed a motion for leave to file a Second Amended Complaint on November 9. According to RCFC 15 (a), "[a] party may amend the party's pleading once as a matter of course... [o]therwise a party may amend the party's pleading only by leave of the court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Prior to receiving plaintiff's motion, this court held a hearing on defendant's motion to dismiss. Plaintiff has addressed the issues it seeks to enter through an Amended Complaint. Plaintiffs motion is DENIED.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge