# In the United States Court of Federal Claims

**No. 06-907 L**

**HARVEST INSTITUTE FREEDMAN FEDERATION, BLACK INDIANS UNITED LEGAL DEFENSE FUND, AND WILLIAM WARRIOR,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order and Opinion, filed January 15, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed for lack of jurisdiction and failure to state a claim. No costs.

John S. Buckley
Acting Clerk of Court

**January 30, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.