Receipt # 0061642

ORIGINAL

FILED
JAN 31 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE FEDERAL COURT OF CLAIMS**

| | | |
|---|---|---|
| Harvest Institute Freedman Federation, *et al.* | : | Judge Robert Hodges<br>Case No.06-907 L |
| Plaintiffs, | : | |
| vs. | : | |
| Dirk Kempthorne,<br>Department of the Interior, *et al* | : | **NOTICE OF APPEAL** |
| Defendants. | : | |

Notice is hereby given that all Plaintiffs in this action, Harvest Institute Freedman Federation, Black Indians United Legal Defense Fund and William Warrior, hereby appeal to the United States Court of Appeals for the Federal Circuit from the order granting Defendants' Motion to Dismiss entered in this action on January 15, 2008.

Respectfully submitted,

Percy Squire, Esq. (0022010)
Percy Squire Co., LLC
514 S. High Street
Columbus, OH 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via electronic mail filing or U.S. Postal Service, January 30, 2008, upon the following:

Jane Smith, Esq.
Attorney-Advisor
Bureau of Indian Affairs.
United States Department of the Interior
1849 C. Street
Washington, D.C. 20240

Daniel G. Steele
Attorney of Record for Defendant
Matthew J. McKeown
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 663
Washington, D.C. 20044-0663

Percy Squire, Esq. (0022010)