# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

RECEIVED
FEB 7 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**2008-5036 - HARVEST INSTITUTE V US**

**Date of docketing**: 02/04/2008

**Appeal from**: United States Court of Federal Claims case no. 06-CV-907

**Appellant(s)**: Black Indians United Legal Defense Fund, Harvest Institute Freedman Federation and William Warrior

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Daniel G. Steele
Percy Squire

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

2008-5036

HARVEST INSTITUTE FREEDMAN FEDERATION,
BLACK INDIANS UNITED LEGAL DEFENSE
FUND, and WILLIAM WARRIOR,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-907,
Senior Judge Robert H. Hodges, Jr.

## Authorized Abbreviated Caption[2]

HARVEST INSTITUTE v US, 2008-5036

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.